## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DEMOND DUNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CASE NO.  06-482-DRH-PMF** |
| | ) | |
| **DR. ELYEA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

**FRAZIER, Magistrate Judge:**

Plaintiff's motion for extension of time (Doc. No. 28) is GRANTED.  Plaintiff's response to the motion to dismiss is due by June 15, 2007.

**IT IS SO ORDERED.**

**DATED:  May 23, 2007  .**

*s/Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**